**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA HIMM,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS, INC., and MERCK & CO., INC.,<br><br>    Defendants.<br>                                             / | No. C 15-03713 WHA<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties have filed a stipulation requesting that the case management conference currently scheduled for **NOVEMBER 12** be taken off the calendar, pending the transfer of this case to the multi-district litigation proceeding in *In re: Fluoroquinolone Products Liability Litigation*, MDL No. 2642. The parties anticipate that the case will be transferred within the next week. Good cause shown, the case management conference is hereby **CONTINUED** to **DECEMBER 10, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 4, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE